# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE STEVEN B BEYERSDORF | ) | |
| SSN XXX-XX-9523 | ) | Bankruptcy Case No: |
| JENNIFER J BEYERSDORF | ) | 19-81349-CRJ-7 |
| SSN XXX-XX-1776 | ) | |
| Debtors | ) | |

## REJECTION OF LEASE ASSUMPTION
## WITH HTD LEASING, LLC

We, Steven B Beyersdorf and Jennifer J Beyersdorf, hereby rescind our previous agreement to assume the Lease Agreement entered into with HTD Leasing, LLC, on August 12, 2019 and filed with the United States Bankruptcy Court for the Northern District, Northern Division of Alabama on August 12, 2019 (Doc.13). That Lease Assumption is now and should be considered null and void. We hereby Reject the Lease Agreement between ourselves and HTD Leasing, LLC.

Dated : 09/06/2019

/s/ *Steven B Beyersdorf*
Steven B Beyersdorf
Debtor(s)

/s/ *Jennifer J Beyersdorf*
Jennifer J Beyersdorf
Debtor(s)

/s/ *Nicholas H. Gajewski*
Attorney for the Debtor
Bond, Botes, Sykstus, Tanner
& McNutt, P.C
102 S. Court Street
Suite 314
Florence AL 35630
256-760-1010

# CERTIFICATE OF SERVICE

      I certify that this pleading has been served on the parties or attorneys whose names are set forth below by depositing copies of this answer in the United States Mail, properly addressed and postage prepaid, on this the 6th day of September, 2019.

Judith Thompson
Chapter 7 Trustee
P.O. Box 18966
Huntsville AL 35804

HTD Leasing, LLC
Attn: Leonard Math, Attorney for Creditor
Chambless, Math & Carr P.C
P.O. Box 230759
Montgomery, AL 36123-0759


          /s/ *Nicholas H. Gajewski*_____
          Of Counsel